## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:11CR346** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BRYANT ROACH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit (Filing No. 56).

IT IS ORDERED:

1.    On or before August 21, 2012, the Defendant must file a brief addressing only the merits of his nondelegation claim under *Reynolds v. United States,* 132 S. Ct. 975 (2012);

2.    On or before September 11, 2012, the government must file its response brief; and

3.    This matter will be ripe on September 12, 2012.

DATED this 31st day of July, 2012.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge